Yes. Judges of the United States Court of Appeals for the Second Circuit, Oyez, Oyez, Oyez. All persons have in business before this, the State Attorney of the United States Court of Appeals for the Second Circuit, Brunier, give your attention and ye shall be heard. God saves the United States of America and this honorable court. Thank you. We'll hear from counsel for appellant, Mr. Davies. Thank you, your honor. May it please the court. My name is Jameson Davies for the appellants. This court should vacate the district court decision and as well as all prior decisions to the extent they address plaintiff's contract clause and commercial tenant harassment claims and dismiss for lack of jurisdiction. As the Supreme Court has reaffirmed three times in the past three years, a plaintiff lacks a redressable injury traceable to defendant if the defendant does not enforce the law they seek to challenge. There's no freestanding cause of action to challenge the law's constitutionality. Any suit has to satisfy article three stringent requirements for the exercise of federal jurisdiction and plaintiff here concedes that the defendant you'll understand why we think this comes a little late in the proceeding to be telling us that we lack jurisdiction. Your honor, yes and I wish we'd recognize this argument sooner would have avoided a lot of litigation but the truth is that standing can come at any time even before the Supreme Court because it goes to the fundamental power of the court to hear the case. It can be raised at any point and appellees don't dispute that either. Well why don't you tell us how it is that it comes so late in the process? I mean there was extensive briefing before us and then there was apparently months of discovery before the district court. What happened? Did somebody just think this up after it was before the district court for a while? A couple of things your honor. I think I can say after we got the ruling in the prior appeal in this case we were you know considering okay what happens if the law is declared unconstitutional what do we have to do and then you know came to the realization that there isn't there's no injunction as against the that the city would be obliged to do and then also similar litigation was winding its way through the Supreme Court a whole woman's health case which presents a similar issue which the Supreme Court said the plaintiff's lack standing and then Halen v Brackeen which I think really crystallizes the issue and presents the court's most recent significant reaffirmance of the doctrine and I think absolutely controls here. Well there are a few things that this law provides if I of all the there's some directives for the director of the small business entity in the city to promulgate some kind of guidance and rules an injunction would stop that wouldn't it? I think I don't know that it's to promulgate guidance surrounding the guarantee law I think it's more to do with the anti-harassment law although violation of the guarantee law can be a ground for the harassment law if I understand it correctly help me out. Correct that is correct your honor but all that anti the commercial anti-harassment law that's that is 22 902 it can be but that is also only enforceable through private right of action that's admin code 22-903. Right but it is something that a government does the government official promulgates guidance and an injunction could stop that or am I mistaken? I don't think plaintiffs have ever requested any injunction against guidance I think if to the extent that there is you know guidance you could the court could theoretically enjoin that but that is not the injury that the plaintiff's claim is not the guidance and they've have rights under this law and you can refuse to pay your rent and you can invoke that as descent to as a defense to an enforcement action isn't that right? I think it's the guidance could say that I don't think that's the injury that they're claiming I don't think they've ever contested you know they've never sought to enjoin any guidance or the issuance of any guidance it's not an raised and I think that's really no different than just the promulgation of the law itself you know you can read the law and it says the exact same thing I don't think that rises to the level of the disability issue for the specific claim that plaintiffs have brought here and I would emphasize that standing is on a claim by claim and party by party basis they have to have standing for the claim that they bring and the claim that they bring is to enjoin 22-005 the guarantee law which doesn't have that aspect to it. If there were litigation between Mr. Bochner and the guarantor in the state court could the city intervenes the city have an interest in enforcing the laws passed by the city council and seeing that they are properly honored wouldn't it have a sufficient interest to participate in that kind of litigation defend the statute? Yeah two things your honor I think first there is so the the New York state procedural law gives if a plaintiff's challenging the constitutionality of a city or state law it has to provide notice to the city or state government and give them the chance to intervene and the cplr provides for that intervention and I think that's one since it's provided for specifically by law that you know generates an interest and two the state courts obviously aren't bound by article three and don't have the same limitations. Of course but I'm what I'm thinking is that that suggests still that the has an adequate interest in overseeing the enforcement and defense of these laws that suggests that it's not an improper defendant in this case and that there is some redressability element that the plaintiffs may have satisfied. Is that wrong? I think that is wrong your honor for the following reason I think the law is pretty clear that especially in light of Halen v Brackeen that it's not just an interest in the abstract it has to be a judgment that can arise from the case that's going to have a claim preclusive effect a raised judicata effect that's justice Barrett's majority says it on a relevant party here there is no claim preclusive effect on any relevant party that can result from this litigation the city might have a generalized interest in defending the constitutionality of its laws that's the same as any litigation that's seeking a declaratory judgment to declare a law unconstitutional but that doesn't mean that that plaintiffs satisfy redressability by bringing the government as in as a defendant. So you're basically saying that the only way that the plaintiff here has to test the constitutionality the federal constitutionality of this law is to sue the guarantor in state court and to various guarantors in state court risk getting inconsistent decisions and then proceed through the state court system until there's a determination about the federal constitutional question is that right? I think that's right your honor as the court in Whole Woman's Health said these questions are often litigated in the context of the defenses in state court you're not entitled to a federal remedy to seek to challenge the constitutionality of the law that's always been the case if you even look at the contracts clause cases that you know we talked about the last go around Sphina E. Mallon the most recent one was two private parties coming out of state court Blaisdell probably the most important one was also two private parties coming out of state court I believe and so you know this raising constitutional defenses in other contexts as well you know as a first amendment defense to the claim in Phelps for intentional affliction of emotional distress that's just a function of how the federalist system that we have works a lot of these claims arise in state as defenses in state little court litigation or federal court litigation that's like the CDA cases that we cite in the DC circuit. Please go ahead. Go ahead. Go ahead Judge Hardy. I just wonder whether in the context of the declaratory judgment act we wait article three obviously still has to be satisfied but I wonder whether we don't apply that is an appropriate given congressional expression of intention to have adjudication in that context that we apply the the regular standards with a little greater lenience to avoid disruption and to seek adjudication of what's clearly affecting many landlords in the city of New York. Your honor I would just point you to Justice Barrett's opinion of Halen B. Brackeen she addresses this exact point she says the declaratory judgment act doesn't change the requirements it still has to produce it's basically just to avoid waiting for an injury to occur but there has to be an injury that's redressable by the particular defendant it has to produce a plain plain preclusive effect on that defendant for it to satisfy the declaratory judgment act in article three and I see I'm out of time. May I ask you a practical question given given where we are in this litigation not at the start hearing a challenge to jurisdiction but at the very end of the litigation hearing a challenge to jurisdiction what does the city care? I mean you've you've basically argued that well you don't enforce anything so presumably our injunction and our ruling doesn't require anything of you why do you care what what are you looking to achieve through through our throwing the case out and as I understand it you want opinions withdrawn what do you achieve? I think we just vindicate you know there are cases we've cited them in another context and I can provide them to this court that says that we as an officer of the court we have a duty to inform the court when it's acting beyond its jurisdiction it would vacate the prior opinions obviously we believe that the law is constitutional I know this court uh disagreed with that but it would have the effect of vacating at least the prior judgments um so you know we would gain something from that as well. If I understood you correctly so you basically want what you couldn't secure on the merits? Not the way we couldn't secure on the merits but just the I think the argument is that the cases and at the appellees don't disagree with this is that if the court has made rulings without jurisdiction it just as a matter of essentially mechanical operation logic those prior rulings have to be vacated because the court never had the power to consider them in the first place. Well let me ask you about that at the stage that this court ruled we were on a motion to dismiss and why isn't it that the pleadings on their face satisfied jurisdiction they alleged that the city enforced this law and that was the good faith belief of the parties presumably at the time since you didn't challenge jurisdiction at the time so I would think we did have jurisdiction to rule at least on the motion to dismiss that was before us then is that not correct? I don't I don't think that's correct because that's a bare legal conclusion your honor uh that and I think that's you know belied by just an examination of the law uh you know and I think you know I'm not following you when you say that's a bare legal conclusion help me out sure I so in all the cases that we cite and there are a lot of them they say you know in a conclusory fashion that Lewis in the 11th circuit for example that the defendant had some authority to enforce the law but that's a legal conclusion that yeah but the presumption in the case law is that the entity that enacts the law has the ability to enforce it unless it specifically disavows that you've now done that at the 11th hour 59th minute but when we were at the first the allegation was that they had the ability to enforce the law and that certainly seemed reasonable especially in the absence of any disavowal I don't think you can read the guarantee law to to provide any uh kind of enforcement authority on the part of the defendants you know we didn't clock this argument but we didn't agree that we enforced it ever we we if you look at the guarantee law just renders guarantees unenforceable in an action brought by a by any government actor not any of the defense here clear that if that was so clear then we come back to why you didn't raise it and whether you should be sanctioned for failing to raise it till this till till you basically lost on the merits uh yeah I mean your honor I think it's just we would if we recognize the import of the argument we would raise it if it but we just did possible but how how can you say that the plaintiffs and the court should have recognized what you didn't recognize I'm not I'm not saying that they necessarily that the court should have recognized it before I'm just saying that in the position that we're in now you know you can raise standing at any point you can raise it even at the supreme court for the first time and I'm asking you a question different from whether it's whether we should now with the benefit of discovery and all of that and your claim now recognize that we don't have jurisdiction but you're asking us to pull an opinion that I'm suggesting to you we issued when there was every reason to think we did have jurisdiction I mean the case law is clear that the the burden of demonstrating jurisdiction grows as the case proceeds what what a plaintiff has to show on pleadings may be different from what he has to show to survive summary judgment I think that's that's that's right your honor but I think even here even at the pleading stage it didn't meet article 3's requirements uh and I think this court has cautioned how you make that argument to us when you weren't challenging jurisdiction and you were the party with the most knowledge that that this was as you claim not enforceable by anybody in in the city I mean I would say that the parties had equal knowledge of that because it's just a matter of reading the statutes and what they provide um but in any event I would also point out that this court has said you know what what is referred to as kind of drive-by jurisdictional rulings where the court assumes it has jurisdictions but doesn't analyze that question uh don't have on the question of jurisdiction well I have two questions one is it possible that um the extensive discussion of standing and Halen versus Brackeen which was issued after we issued our own panel decision brought a new vitality maybe to some of the traceability and redressability elements of the claim at issue here that maybe no one had particularly closely scrutinized I think that's right your honor and I think it especially is important that uh that Justice Barrett in that opinion adopts Justice Scalia's concurrence from Franklin the uh from the Franklin case which plaintiffs rely on the uh the plurality opinion but the court has now adopted the concurrence in that opinion and I think it does you know of a piece with some of the other cases but it's the it definitely revitalizes that issue especially as it relates to actions that might also accrue in state courts which is exactly what's here and following it though on Judge Raggi's point I mean wouldn't you agree that the standard and level of scrutiny we apply and the credence we give to the uh allegations of a complaint make the adjudication of standing at the motion to dismiss stage a somewhat uh different and more abbreviated and forgiving um analysis than it is now at summary judgment I think that's right your honor and I think you know what the plaintiff has to show changes over time but if there was never standing it always is the case that the court never had jurisdiction to hear the case well in that versus in Tweed New Haven Airport versus Tong this court said that this court was presumed that the law sufficient to confer standing in the absence of a disavowal by the government so I'm still troubled by why you think that at the stage this case was last before the court we didn't have every reason to think that the city would enforce this law so I think the cases like Tong and others that talk about you know there is that the there's a presumption that will they will enforce the law in the absence of a disavowal are cases where there's no dispute that the government has the ability to enforce the law it's just a question of whether the government will disavow on in on the ground enforcing the law is similar to the voluntary cessation doctrine uh with whether the government elects not to operate its enforcement authority that it undisputedly has uh here it just never existed in the first place I have a further question I saw remarkably little precedent cited in your argument for the proposition that the prior opinion needs to be vacated do you distinguish between the judgment or the opinion withdrawing the opinion what and what would you point to as if we were to be persuaded despite this last minute development that uh that in fact there was no jurisdiction um you know the harassment ruling still stands right draw analysis of the contract analysis your honor I it's only the judgment on the contrast clause and the um commercial tenant harassment that we need to be withdrawing not the the opinion stands for whatever value it has it's on the books uh it's just that it's just the judgment itself that we we argue would be need to be vacated just the judgment yes your honor um okay let's hear from um Mr. Zeifer Mr. Zeifer I have a housekeeping question to begin with Mr. Kahn and Ms. Anichkova are they still involved in this matter so um your honor Ms. Ms. Anichkova actually is still involved she's actually with me and came with me to Hogan Mr. Kahn however uh did not come to Hogan and is at another firm and if you need us to uh remove him from the papers we're happy to do that that's fine just wanted to clarify this all right let's proceed thank you your honor and may it please the court uh nearly four years after the commencement of this case and having been before this exact panel once before and never raising the issue of standing the city now has the temerity to ask this panel to dismiss this case for lack of standing the court should deny the city's well past the 11th hour hail mary because Mr. Bochner and 287 7th avenue do indeed meet the very quote very low threshold uh to meet the requirements of standing first they have clearly suffered a concrete and particularized from the impact of the guarantee law second their injury is directly traceable to the operation of the guarantee law which was enacted and signed into law by the city of new york third their injury is likely to be redressed by a favorable decision and in fact new york state cases after this panel's decision as well as judge abrams summary judgment decision have found that uh persuasive and have found in favor of landlords but they have not found that it's controlling right they are they are state courts that are not bound on this question by a ruling by the ruling of the district court and i so i have difficulty with your addressability analysis because i don't see who in the state we direct to do something that has been a follow-on effect that is uh a a certainty with regard to state courts all they can do is be persuaded and and it's been held that that is insufficient what am i missing there so your honor i would focus on the constitutional injury that we suffered and that what judge abrams decision has done is redress the constitutional injury what we alleged was that the con the the guarantee law extinguished our guarantees and therefore violated the contracts clause of the constitution and that injury has been redressed by judge abrams's decision but but if you go ahead judge ranchi okay please but but if you were to go ahead and sue mr canter the guarantor that's right doesn't happen and or sue the tenant and that also hasn't happened what um saying uh i'm i'm uh you know from going ahead and rendering its own ruling regardless of the district court's ruling on the contract clause question so your honor uh the redressability standard doesn't require that we have to win in front of the state court and and i i take your point the redressability judgment the judgment has no the federal judgment has no effect in the city council's enactment and i i would venture to say that they would be mistaken because the law is unconstitutional but they're entitled to make that mistake aren't they i i would say your honor that they are entitled to make that mistake but that being said redressability is redressing the rights between the parties in the lawsuit and clearly our right at least has been reinstated and the contract which is the guarantee has is no longer extinguished but it hasn't been reinstated because your ability to recoup this money from the guarantor is subject to a state court action that are just that the decision of judge abrams wouldn't be binding in i i don't i don't understand what redressability you have against the state in the absent or the in the absence of their enforcing this law well your honor with respect to enforcement i would direct the court to the babbit case which is in the supreme court um which i the citation is 442 us 289 and the site here is at page 298 and what the supreme court said in babbit and it's still good law because it was referenced in california v texas but it says quote a plaintiff who of sustaining a direct injury as a result of the statute's operation or enforcement so it's not just enforcement that the supreme court says gives a party traceability and redressability it's that the in it's not just enforcement that it makes it abundantly clear that the operation of the statute is what counts as well reconcile that with what the supreme court more recently said in halen so your honor with respect to halen i would submit that the halen case is unique and not applicable here for a number of reasons one it's a equal protection claim that was looking to remedy racial discrimination and therefore there was a mismatch between the remedy and what was being asked for right there was no way and justice coney barrett is very clear that there's no way that the racial discrimination and being done or being affected by the courts who don't enforce laws uh they resolve disputes and that's a woman's health but that the racial discrimination was not going to be remedied by any sort of decision or judgment that the supreme court entered here i would venture say that's different because our constitutional injury was the extinguishment of our contract right was the extinguishment i have to interrupt for a minute the language you quoted in babbitt sounded to me more like it had to do with injury in fact and i don't think we're disputing that here we're talking about redressability and what effect the district court's judgment declaring the uh council's action unconstitutional would have it all on the in the state court and i i'm still having difficulty understanding that but maybe maybe i'm misunderstanding babbitt i don't have that in front of me yeah your honor i i i do have babbitt in front of me somewhere um but that being said it the babbitt analysis wasn't just with respect to injury it was with traceability and the fact that it was also the operation of the law and is that the injury is directly traceable uh by the operation of the law and so that's where analysis comes from so you don't need any enforcement authority or obligation in the state in the uh city defendants in order to establish redressability so so that's right your honor and again i would submit also and i was going to quote the language that judge ragis mentioned from the tweed case and and the tweet case is important because it is a statute that does here in the tweed case though the attorney general of the state of connecticut attorney general tong was charged with enforcing that statute and he was the defendant in the case so the judgment in that case would preclude attorney general tong from enforcing the runway length statute right that is right your honor but i i would submit that the language that the second circuit has put forward in tweed is broader than just the fact that you know attorney general tong was named again this it says quote where a state specifically prescribes conduct the law of standing does not place the burden on the plaintiff to show an intent by the government to enforce the law against it period rather it had presumed such intent in the absence of a disavowal by the government or another reason to conclude that no such intent existed and that's all of that is said that language about intent is said in the context of a statutory obligation on the attorney general's shoulders to enforce the state statute and that's precisely what seems to be missing here i i your honor i i would venture to say that the second circuit doesn't specifically say that in the tweed case i i understand that that's your inference but that's not what the second circuit says and it says specifically that rather that intent is presumed and it's the same as true in the hedges v obama case which also makes the same statement i'm sure i'm just overlooking it but can you help me out for where in your brief you have discussion of the babbit case so so so your honor that was not a case that was cited in our brief and i do apologize for that but that and i was going to mention that and that's why i'm asking the court to look at that decision before you you know submit your decision but the babbit case was not in our uh appellate appellee's brief well it seems curious if you think it's the critical case here not to have it either cited or sent to us in a uh supplemental letter of some sort we're supposed to be conducting oral argument today based on it based on a case you're mentioning now for the first time i i again your honor i do apologize for the omission um and we likely should have sent something earlier but wanted to make sure that was raised during the oral case site again uh sure the case site again is uh 442 us 289 and the language that i was quoting from judge raji is at page 298 and like i said the case the the california v texas also mentions the babbit case and that's at 593 us 659 california v texas i have thank you yeah no i just wanted to make sure your honor but um and and obviously we think that california v texas is clearly distinguishable um from this situation because obviously in that case the statute there had absolutely no effect because the penalty in the uh affordable care act had been zeroed out here obviously the guarantee law obviously still has potential effect because we the landlords are the object of the statute and are directly impacted by the statute do you agree that the city has no enforcement authority with respect to this statute uh your honor i would submit that the city i think does and i think you identified some of it as well but also the city enacted the statute the city is the one that has the ability to enforce it mayor de blasio because they're the ones that put it into effect and haven't disavowed it and to the point that was raised by judge carney earlier um in the uh 45 client your client is not getting his his uh the uh tenant or the guarantor that's right you would have to go into state court to seek that money right what would the city do to enforce the guarantee law well they're saying they do nothing that the guarantor would say i'm not liable and and cite a statute cite the law is why they're not liable but they say the city does nothing yeah and and i would direct the panel to um the 45-47-49 8th avenue llcb conti case where the city was directed to intervene in support of the constitutionality of the statute and the site to that is 220 ad 3rd 473 2023 and the fact that they were directed to intervene suggests that the court wanted to hear from the city but that doesn't establish the city has an enforcement obligation of any kind does it right but they are defending the statute and again to the point of not disavowing the statute they are the ones defending it and you know the issue that i have your honor that i find sort of striking about this is that the city is essentially coming here and saying we can pass whatever law we right but in essence if we claim that we don't enforce it no one has standing to sue us in federal court which just seems you know completely irrational to me and seems problematic and that's essentially what the city is arguing and that so long as they continue to pass unconstitutional laws like the guarantee law here with impunity but so long as they essentially don't create any sort of enforcement mechanism as they claim on behalf of the city those unconstitutional laws can't be touched and that to me but they can be when you bring the action and the um the guarantor says i don't have to pay this and you say yes you do because that law is unconstitutional now we've seen i mean it's been cited to us um some some new york state courts have thought that the law was unconstitutional and others have not and i guess it's winding its way up to higher courts in new york yeah and your honor that to me is is one of the important points about addressability and with respect to the substantially likely point and that is actually what we identified so there are at least three cases before judge abrams summary judgment decision that dismissed claims under the guarantee law out of hand they dismissed them out of hand and that's the spectra photo art case v mendered and i can give the court the site to that that's six seven 151 756 2020 as well as the 27 morton lp case v mds fashions ltd now the important point your judge raji is that after judge abrams decision then we had cases that started finding in favor of commercial landlords did any court say they were bound by judge abrams decision any state so i we have not been able to locate one that says they were bound but those judges all found judge abrams decision to be correct and to be a good analysis that they found thorough instructive and they found it appropriate and so hayden specifically says that you can't base standing on the likelihood that state courts are to defer the federal court's interpretation of even federal law so so i don't know how we um give much weight to this to what you're saying to us now again your honor i think it goes back to that halen was a case on a motion to dismiss and therefore you didn't have the full factual record that we have here and so the natural experiment in essence has actually happened right we have seen that what happened before judge the halen v bracken case is on a motion to dismiss where there was no factual record and so therefore it's sort of left to the speculation of the parties as to what you know the the state courts would do we know after judge abrams decision not all state court decisions have followed it right i i will submit your honor that that's right but again i would go back to the redressability analysis and the redressability requirement doesn't mean that i guarantee that i win it just makes it more likely right and and i can point the court specifically to the cases that we cited in in our brief with respect to hold on one sec apologies the anteos cement court case v portuno which is 670 f 3rd 310 at page 318 and this is the key quote from the first circuit that says quote to carry its burden of establishing redressability and teals need only show that a favorable ruling could potentially lessen its injury it need not definitively demonstrate that a victory would completely remedy the harm and then but what the courts have said and halen said it but it's citing much precedent is that redressability requires us to be able to afford you relief through the exercise of the federal court's power not because the federal court's explanation of its ruling will be persuasive or halen says even awe inspiring i mean it has to be the exercise of federal power that gives you the relief and i don't see that happening here well your honor again i then i would point the court to the franklin v massachusetts case which you know there the supreme court and the the plurality decision there specifically said hey the secretary of commerce's analysis of the way the census is run and how veterans are counted it's substantial problem with that halen borrows or quotes from justice scalia's opinion not the your honor i would submit that franklin hasn't been overturned and it certainly i would say that it's still a good law but i i understand the point overturned when what you're dealing with is is not a controlling opinion okay all right all right thank you counsel and then before we turn to mr davies let me just suggest to our police counsel if he would just if he would like to have these various cases on which he's relied which did not appear in the in the briefing he should feel free to send us a letter by the end of this week by friday just enumerating the various citations which he has been relying on during the course of this argument and then opposing counsel i don't know that opposing counsel would have any reason to respond but can respond to that letter by the following monday is that all right does that do it for you your honor thank you yes and we appreciate the indulgence of the court ahead of time and yes we we will provide the court with something by friday thank you okay mr davis thank you your honors uh just a couple of quick points first i was able to pull up babbit actually while we were talking and i think that it really helps us because there's a quote in babbit it says when plaintiffs do not claim they have ever been threatened with prosecution that a prosecution is likely or even that prosecution is remotely possible they do not allege a dispute susceptible to resolution by a federal court that was a pre-enforcement challenge to a criminal law uh there's a lot of precedent saying you don't have to actually wait until you're charged with a crime to contest those laws but you do have to show a credible threat of prosecution so i think that is of a piece with all the other cases we've been talking about where you have to show that there is some credible threat of a government taking some action against you that can be enjoined by a federal court's judgment in order for you to get into federal court let's look at that in the context of the contracts clause a state basically enacts a law that voids the contract i mean that's never going to result in anybody being prosecuted or in the state taking some kind of action it's going to be then what happens between the private parties the private parties i mean we'll use this case as an example the plaintiff sues the um the guarantor and now the issue is whether they can satisfy the court on the um multi-part analysis that judge aprams conducted here the guarantor who can't even afford to pay the pay the contract is supposed to now litigate and defend the statute i i just don't see how this is a very um plausible scenario that you're asking for your honor i would point you to the fact that almost all the contracts clause cases coming out of the supreme court were between private parties in the most recent steamy mallon was between private parties uh you know the old cases blaisdell the most important one the one that we've cited throughout was also between private parties it's it happens that you know it's this litigation happens in state court it's contracts clause cases unless the government is an actual party to the contract the government is almost never involved uh i don't think in speedy mallon the the state even filed an amicus brief uh so it just is a is a you know it may or may not be the most efficient way of doing it but it is the functional outcome of the federalist system that these cases are going to be litigated in state court and i think that's exactly what uh woman's health says you know that you don't have a right to a federal forum to challenge the law and i think that that's sort of the argument that i heard uh my my friend on the other side saying is that well they would be crazy if you didn't have a you know a federal forum to challenge this law but that is exactly the argument that was raised in holman's health and rejected by the court but for example if the statute the city council had an additional provision in the guarantee uh statute that said um the city has some authority to impose penalties on individuals who uh seek payment um uh despite the uh free pass given to the guarantors uh during that time uh and during the to the tenant then the city would have some clear duty to carry out and would in that in the context of that enforcement um conduct would be subject to the contract clause challenge isn't that right i think that's right honor and that's like the that's the distinction that we draw between a lot of the eviction moratorium other cases they cite we explain how in all those cases that they cite the government did have some authority impose fines or penalties or something along those lines and therefore could be enjoined from doing something but there's no there's no right to a writ of erasure to just strike a statute off the books it has to be small business administrator have no obligation with regard to the statute even to for example track how often it was invoked and whether it was having a desired effect whether it should be continued i mean there were decisions made to reenact it or extend its period of operation um wasn't the city exercising some oversight of the statutes operation uh i think that's really the city council who's not a defendant here uh they have their own prerogatives you know they were petitioned by a lot of their constituents to extend the statute they held extensive hearings on its likely effects and and whether it was uh and in any event those aren't the kinds of things that the plaintiffs are seeking to enjoin there's no judgment that that they're seeking that would have anything to do with the things you've described just so that i understand it is it your position that the city council sued in its official capacity is not an alter ego for the city of new york that we wouldn't just substitute the city of new york as the party uh i i guess i had i that might be the case your honor i i thought i would think it is the city of new york but you're right uh it's not that no one has pointed to anything that the the named defendants here have done uh does that alter your your answer to judge carney's question uh x2 with respect to that i don't think so because that that's not an action that elite that an entity has taken against the plaintiff that is the subject of an injunction that would remedy any harm or alter the rights as between the parties nothing that the court did here and we're talking about what the district court did here nothing that the court did altered any legal right as between these parties well even if not an injunction i mean that that might be a sufficiently concrete kind of uh uh dispute an adversarial proceeding between parties to make uh to satisfy the declaratory judgment standard no i i don't think so your honor because it's as this court said uh you know that that sort of interest in the litigation is kind of a shorthand but you still as hayden v bracken said that just the the fundamental point of the uh the declaratory judgment action which what is what keeps it from being an advisory opinion is that it has some raise your dakota effect as between the parties and i don't think the litigation that you're envisioning would have that effect oh fine thank you very much just ask a few more questions about sanctions judge cabranas oh yes absolutely these the the the argument has raised my uh concerns about that especially the part of your argument mr davies that emphasizes how clear you think it was um from the start that the city did not intend or have the power to enforce the statute um if indeed it was clear to the city at that point then i i'm hard-pressed to understand how you're not a party who has in the words of the seventh circuit um laying back holding a challenge in reserve because you hoped to obtain a judgment on the merits in which case you would not raise a jurisdictional objection and then when you lost on the merits now raising jurisdiction that's the kind of misconduct for which circuits the seventh the 11th have said sanctions are appropriate why shouldn't we consider that here uh your honor i wasn't saying that we recognize the issue at that time and elected not that everybody should have this court the plaintiff and i'm suggesting to you and no one more than you that is the city yeah i think that i mean if if the court is inclined to do that i'd appreciate the chance in more detail in writing but uh i think that the distinction is those cases are talking about where a party recognized the jurisdictional issue and elected not to raise it here maybe we should have recognized it but probably we should have recognized that we did not recognize it at the time uh only in light of you know these more recent decisions and and more careful thought uh did it did we realize that this was an issue i think on reflection looking at the law it is relatively clear but i don't we we didn't purposefully see that there was a jurisdictional issue and elect not to raise it well i mean you you did um raise a standing question early on that was then um resolved quickly when it turned out that one of the plaintiffs did indeed have a guarantor that was the argument that they didn't have a guarantor and that was demonstrated so standing was on your mind in that sense um you know the question is the plaintiff in this case went through not only all the litigation that led to our decision but then went back down to the circuit and has incurred considerable legal fees um i i really wonder why those shouldn't be borne by the city for prolonging this unnecessarily uh again if we accept your yeah again your honor i'd appreciate you know if the court is inclined to do that i'd appreciate the opportunity to respond in more detail but i think it's it's you know it's just an unfortunate fact of the jurisdictional issue that can be raised at any time that oftentimes you know even in the supreme court it's raised after considerable litigation i understand that but you can be sanctioned if you've done it um for um in a strategic way to to see first if you won and you came close to saying that when you said that when it went back down and you began to think about what an injunction would mean that then that was when you realized it is did i understand you correctly uh that that is when we started to realize and then we raised it in the district court thereafter on the next motion that we filed i want to also ask you a question about what relief you're seeking with respect to this court its judgment and its opinion now did i understand you to say that you're looking for us to withdraw our judgment not our opinion yes that that's right your honor i don't i don't think we understand that either though the judgment was that you had had um failed to demonstrate that the complaint was inadequate and i want to hear you now on on the record that was before this court the complaint was inadequate to state to establish standing they pleaded that the um the city had the enforcement authority with respect to this statute and i'm not sure that wasn't that that that wasn't pled in good faith and supported at least at that time by the presumption that a city will enforce a statute that it enacts uh i would say that that it was at that point a legal conclusion that was not required to be believed by the court i i would point to you know in all the cases that we cite oklahoma uh grundy for sonova health all those cases that they there was a pleading that there was you know some whether that was accurate well the statute i understand said that there the the um contracts were not enforceable but it doesn't tell us anything about what corporation council will do or any of the other legal departments of the city to ensure that landlords do not um do not start acting on these contracts it tells us nothing the statute doesn't tell us anything about that i i agree i think that's right your honor and i think if you're bringing a statutory challenge you have to either show that the statute provides for enforcement or plead some facts to suggest that there is an entity that is going to do some kind of enforcement of the statute if it makes sense possible and i point my my friend uh brief on page 25 says in his own words the they say that now they say that now not not back then they say that in their brief now yes your honor okay thank you thank you judge cabranas thank you thank you your honors now uh mr davies you suggested that you might want to have an opportunity to submit to the court some comment in response to the questions that have been put to you by judge raji and by judge carney and i take it that's an application of some kind on your part would you like to have that opportunity uh i i my point was just that if the court is inclined to separately consider we're not in the business of holding seances here i mean we don't we haven't decided anything but i was i was being a sport in suggesting to you the possibility that if you would like to address a question that you thought had not been adequately treated by your briefs i would like to be able to give you that opportunity uh but you would have to identify what those questions are i guess i was in in response to the suggestion of sanctions which i think would be a separate proceeding the plaintiffs have not asked for sanctions if the court you know is inclined to request sanctions i would be there we go again if the court is inclined i'm not gonna i'm not going to suggest anything to you about what the court is inclined to do but i'm going to give you an opportunity to submit a letter brief of no more than six pages by june 7 on any matter that came up during this uh brief this oral argument which you think would be appropriate for us to consider so that's june 7 which is a friday and then the appellees would have an opportunity to respond to any such letter by no later than thursday june 13 also maximum of six pages does that seem reasonable to you mr cypher yeah your honor thank you and and that's acceptable to appellees thank you okay agreed mr davis agreed your honor thank you fine there's so thank you very good very well argued by both of you we appreciate your time and we are in recess i ask the clerk to close court thank you your honors thank you so much you maria you're on mute you're on mute thank you judges i'll transfer you to the break everyone down excuse me i think my own preference is always to to recess very briefly and have a call put into each of the chambers by us and therefore not put ourselves in the hands of mr zoom is that all right sure thank you okay great thank you very much so i will i will try a conference call with judge raji and judge carney in the next five minutes or so very good thank you thank you thank you bye thank you maria bye bye you